## NEW YORK SUPERIOR COURT — GENERAL TERM, APRIL, 1894.

MINNA KNOCH, Appellant, *v.* MARIE E. H. VON BERNUTH, as Executrix, etc., Respondent.

APPEAL from a judgment of the Special Term dismissing the complaint.

*Edward Grosse* (*John W. Goff* and *Charles Goldzier,* of counsel), for appellant.

*James MacGregor Smith* (*Austin Abbott,* of counsel), for respondent.

*Per Curiam.* The judgment is affirmed, with costs, on the opinion of the learned court below.

Present: SEDGWICK, Ch. J., DUGRO and GILDERSLEEVE, JJ.

Judgment affirmed, with costs.